IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED'10 OCT 15 12:59USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>GARY LEON WOODWARD,<br><br>DEFENDANT. | No. CR 10-72-01 RE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW WITHOUT PREJUDICE THE MOTION TO SUPPRESS EVIDENCE; ACKNOWLEDGEMENT OF DEFENDANT'S WAIVER OF RIGHTS UNDER SPEEDY TRIAL ACT |

Defendant's unopposed Motion to Withdraw his Motion to Suppress Evidence is GRANTED. IT IS ORDERED that Defendant's Motion to Suppress Evidence (docket entry #22) is withdrawn without prejudice to refile the motion at a later date.

This Court acknowledges Defendant's waiver of his rights under the Speedy Trial Act, and further finds that the jury trial continuance until November 23, 2010, will serve the ends of justice and the goal of judicial economy, and, under the circumstances, will outweigh the defendant's and the public's interest in a speedy trial. The period of delay from October 5, 2010, the previous jury trial date, and November 23, 2010, will be excludable delay under 18 U.S.C. § 3161 (h)(7)(A).

SO ORDERED this __15__ day of October, 2010.

_____
James A. Redden
United States District Court Judge

Submitted by:

/s/ Francesca Freccero
Francesca Freccero
Attorney for Defendant